IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF

ALICIA YVONNE
GONZALES-LONGORIA,

Debtor.

Case No. BK20-41658
Chapter 11, Subchapter V

## REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

THE FOLLOWING ACCEPTANCES AND REJECTIONS HAVE BEEN FILED:

CLASS 1:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

CLASS 2:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

CLASS 3:   ACCEPTS $44,418.49      # _____
           REJECTS $240,884.92     # _____

CLASS 4:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

CLASS 5:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

CLASS 6:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

CLASS 7:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

CLASS 8:   ACCEPTS $ _____    # _____
           REJECTS $ _____    # _____

THE DEBTOR, BY COUNSEL, SUBMITS THAT PURSUANT TO THE FOREGOING, SUFFICIENT ACCEPTANCES (HAVE/HAVE NOT) BEEN RECEIVED TO CONFIRM THE PLAN FILED March 25, 2021.

DATED: April 30, 2021

_____
ATTORNEY FOR THE DEBTOR