**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEBRASKA**

PDF FILE WITH AUDIO FILE ATTACHMENT

20-41658

Alicia Yvonne Gonzales-Longoria

| | |
|---|---|
| Case Type : | BK |
| Case Number : | 20-41658 |
| Case Title : | Alicia Yvonne Gonzales-Longoria |
| Audio Date\Time : | 7/7/2021 8:59:02 AM |
| Audio File Name : | BK20-41658_20210707-085902.mp3 |
| Audio File Size : | 4287 KB |
| Audio Run Time : | [00:17:52] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to**