IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF

Case No. BK20-41658
Chapter 11, Subchapter V

ALICIA YVONNE
GONZALES-LONGORIA,

Debtor.

## REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

THE FOLLOWING ACCEPTANCES AND REJECTIONS HAVE BEEN FILED:

| | | | |
|---|---|---|---|
| CLASS 1: | ACCEPTS $146,793.48 | # 1 | |
| | REJECTS $ | # | |
| CLASS 2: | ACCEPTS $ | # | |
| | REJECTS $ | # | |
| CLASS 3: | ACCEPTS $240,884.92 | # 1 | |
| | REJECTS $ | # | |
| CLASS 4: | ACCEPTS $ | # | |
| | REJECTS $ | # | |
| CLASS 5: | ACCEPTS $ | # | |
| | REJECTS $ | # | |
| CLASS 6: | ACCEPTS $ | # | |
| | REJECTS $ | # | |
| CLASS 7: | ACCEPTS $ | # | |
| | REJECTS $ | # | |
| CLASS 8: | ACCEPTS $ | # | |
| | REJECTS $ | # | |

THE DEBTOR, BY COUNSEL, SUBMITS THAT PURSUANT TO THE FOREGOING, SUFFICIENT ACCEPTANCES HAVE BEEN RECEIVED TO CONFIRM THE PLAN FILED March 3, 2022.

DATED: April 6, 2022

_____
ATTORNEY FOR THE DEBTOR