## MONTHLY CHAPTER 11 INDIVIDUAL OPERATING REPORT

| CASE NAME | Alicia Gonzales-Longoria | CASE NUMBER | 20-41658 |
|---|---|---|---|
| Month: | November 2025 | No in Household | 4 |

**1. BEGINNING CHECKBOOK BALANCE** — $7581.05

**2. CASH RECEIPTS:**

| | | | |
|---|---|---|---|
| Salary (H) | (W) | 14207.80 | |
| Commisions | | | |
| Authorized Business Draws | | | |
| Interest/Dividends | | | |
| Other Income (Describe) Jonas | | 1400 | |

**TOTAL RECEIPTS FOR THE MONTH** — $15607.80

**3. CASH DISBURSEMENTS:**

| | |
|---|---|
| Mortgage Payment/Rent | 4382.11 |
| Auto Payments | 550 |
| Utilities | 205.06 |
| Food | 1195.60 |
| Clothing | 840.29 |
| Transportation (not including auto payment) | 71.56 |
| Repairs & Maintenance  Car | 2685.41 |
| Medical & Dental | 569.35 |
| Insurance (Describe) | 34.68 |
| Taxes (Describe) | 768.82 |
| Telephone | |
| Tuition/Education | |
| Gifts & Donations | 658.75 |
| Recreation | 104.04 |
| Alimony, Maintenance or Support Payments | |
| Unio, Professional or Social Dues | |
| Other (Describe) household, BV | 475.40  2600 |

**TOTAL DISBURSEMENTS FOR THE MONTH** — $14591.06

**4. ENDING CHECKBOOK BALANCE (1+2-3)** — $8597.79

*(COPY OF BANK STATEMENT & BANK RECONCILIATION MUST BE ATTACHED)*

**I declare under penalty of perjury that this report and accompanying documents are true and correct to the best of my knowledge and belief**

| Date | 12/31/25 |
|---|---|
| Signature of Debtor | [signature] |
| Telephone | 308-672-0991 |

NOTE: this report is to be used by all individuals under Chapter 11 to report personal/household income and expenses. All business activity must be reported on the business operating report

# Wells Fargo Everyday Checking

November 30, 2025 ■ Page 1 of 8





DCD311DTVR 002534

ALICIA YVONNE GONZALEZ LONGORIA
2350 SHADOW RIDGE DR
GERING NE 69341-1643

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (003)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Tips to help avoid AI powered scams**

Artificial Intelligence (AI) now makes it easy for scammers to produce fake yet convincing videos or calls from people you know to get you to act fast without verifying it's real.

Be wary of unusual requests - even from a family member or close friend. Look for deep fake red flags like robotic voices or unnatural facial movements.

Always confirm identities, use codewords with loved ones, double check requests, and limit the personal information you share online.

Learn more at wellsfargo.com/securitybrochure.

November 30, 2025 ■ Page 2 of 8



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $7,581.05 |
| Deposits/Additions | 15,607.80 |
| Withdrawals/Subtractions | - 14,591.06 |
| **Ending balance on 11/30** | **$8,597.79** |

Account numb      4278 (primary account)
ALICIA YVONNE GONZALEZ LONGORIA

*Nebraska Fees account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 104000058

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/3 | | Mobile Deposit : Ref Number :215020882491 | 1,400.00 | | |
| 11/3 | | Purchase authorized on 10/31 Midtown Animal Hos Gering NE S465304580719054 Card 5587 | | 26.38 | |
| 11/3 | | Purchase authorized on 10/31 Sq *El Molcajete Scottsbluff NE S305304618958354 Card 5587 | | 17.32 | |
| 11/3 | | Purchase authorized on 11/01 Sq *Hotworx Lincol Gosq.Com NE S305305467550266 Card 5587 | | 89.93 | |
| 11/3 | | Purchase authorized on 11/01 Sq *Cultiva East C Lincoln NE S585305567711223 Card 5587 | | 19.58 | |
| 11/3 | | Purchase authorized on 11/01 Tjmaxx #0373 Lincoln NE P000000585902134 Card 5587 | | 33.23 | |
| 11/3 | | Purchase authorized on 11/01 Wendy's 13240 Lincoln NE S385306066806412 Card 5587 | | 9.05 | |
| 11/3 | | Purchase authorized on 11/02 Scottsbluff Main 401 S Be Scottsbluff NE P465306843416507 Card 5587 | | 72.05 | 8,713.51 |
| 11/4 | | Purchase authorized on 11/03 Sq *Emporium Expre Scottsbluff NE S385307538101478 Card 5587 | | 5.69 | |
| 11/4 | | Purchase authorized on 11/03 Culvers Scottsbluf Scottsbluff NE S385307762387170 Card 5587 | | 11.97 | |
| 11/4 | | Purchase authorized on 11/03 Nike.Com 800-8066453 CA S345308006115636 Card 5587 | | 81.70 | |
| 11/4 | 1689 | Check | | 1,926.40 | 6,687.75 |
| 11/5 | | Purchase authorized on 11/04 Sq *Emporium Expre Scottsbluff NE S385308538205196 Card 5587 | | 8.33 | |
| 11/5 | | Purchase authorized on 11/05 Scottsbluff Main Stree Scottsbluff NE P000000951401778 Card 5587 | | 12.37 | |
| 11/5 | | Purchase authorized on 11/05 Tj Maxx 1665 Scottsbluff NE P000000185930817 Card 5587 | | 121.28 | |
| 11/5 | | Tjx Rewards Payment Nov 05 524366306468483 Gonzales Longor,Alicia | | 36.00 | |
| 11/5 | | †Merchant Issued Payment Card - Target Debit Crd ACH Tran 251104 000008311602342 Nf2375 Target 0831 Scottsbluff NE | | 73.45 | 6,436.32 |
| 11/6 | | Purchase authorized on 11/06 Mnrd-Scottsbluf 2401 Delt Scottsbluff NE P355310861150531 Card 5587 | | 54.10 | 6,382.22 |
| 11/7 | | Regional West Ph Payroll 251107 552076054042at9 Gonzales-Longo,Alici | 3,960.35 | | |
| 11/7 | | Purchase authorized on 11/06 Sq *Emporium Expre Scottsbluff NE S465310541586455 Card 5587 | | 6.83 | |
| 11/7 | | Purchase authorized on 11/07 Walgreens Store 205 W 27T Scottsbluff NE P345311543909175 Card 5587 | | 24.40 | |
| 11/7 | | Comn Cap Apy F1 Auto Pay 110625 P253104490983711 Alicia Longoria | | 50.00 | |
| 11/7 | 1688 | Check | | 2,600.00 | 7,661.34 |




November 30, 2025 ■ Page 3 of 8


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/10 | | Purchase authorized on 11/07 WM Supercenter #867 Scottsbluff NE P000000186834740 Card 5587 | | 21.38 | |
| 11/10 | | Purchase authorized on 11/08 Mnrd-Scottsbluf 2401 Delt Scottsbluff NE P345312863080149 Card 5587 | | 54.75 | |
| 11/10 | | Purchase authorized on 11/08 Dollar General # Dg 25593 Scottsbluff NE P585313047852502 Card 5587 | | 13.38 | |
| 11/10 | | Purchase authorized on 11/09 Tj Maxx 1665 Scottsbluff NE P000000159509671 Card 5587 | | 214.19 | |
| 11/10 | | Purchase authorized on 11/09 Walgreens Store 205 W 27T Scottsbluff NE P385313789304678 Card 5587 | | 20.02 | |
| 11/10 | | Purchase authorized on 11/09 Dairy Queen #11803 Scottsbluff NE S305313794801258 Card 5587 | | 5.76 | 7,331.86 |
| 11/12 | | Purchase authorized on 11/09 Amazon Mktpl*BT4Jg Amzn.Com/Bill WA S385314151580872 Card 5587 | | 21.27 | |
| 11/12 | | Recurring Payment authorized on 11/10 Afterpay 044-4123456 CA S385314729534935 Card 5587 | | 32.25 | |
| 11/12 | | Recurring Payment authorized on 11/11 Afterpay 185-52896014 CA S355315426832017 Card 5587 | | 43.47 | |
| 11/12 | | Purchase authorized on 11/11 Sq *Emporium Expre Scottsbluff NE S585315542808200 Card 5587 | | 6.83 | |
| 11/12 | | Purchase authorized on 11/11 Hobbylobby Scottsbluff NE P000000883440046 Card 5587 | | 55.78 | |
| 11/12 | | Purchase authorized on 11/11 Walgreens Store 205 W 27T Scottsbluff NE P585316037509023 Card 5587 | | 128.48 | |
| 11/12 | | Purchase authorized on 11/11 Scottsbluff Main 401 S Be Scottsbluff NE P305316056108344 Card 5587 | | 74.64 | |
| 11/12 | | Money Transfer authorized on 11/11 Venmo *Bella Longoria VISA Direct NY S345316138975495 Card 5587 | | 85.00 | |
| 11/12 | | Money Transfer authorized on 11/11 Venmo *Rachelle Reynold VISA Direct NY S305316140239686 Card 5587 | | 26.75 | |
| 11/12 | | Truist Bank Mtg Pmts 110725 0070040571 Alicia Gozales | | 2,667.11 | |
| 11/12 | | Synchrony Bank Payment Nov 12 650172366923525 Longoria,Alicia | | 50.00 | 4,140.28 |
| 11/13 | | Recurring Payment authorized on 11/12 Afterpay 044-4123456 CA S585316397711789 Card 5587 | | 42.35 | |
| 11/13 | | Purchase authorized on 11/12 McDonald's F24382 Scottsbluff NE S465316542448284 Card 5587 | | 21.56 | |
| 11/13 | | Purchase authorized on 11/13 Scottsbluff Main Stree Scottsbluff NE P000000556233091 Card 5587 | | 7.91 | |
| 11/13 | | Purchase authorized on 11/13 Walgreens Store 205 W 27T Scottsbluff NE P585317837159271 Card 5587 | | 20.14 | |
| 11/13 | 1690 | Check | | 1,715.00 | 2,333.32 |
| 11/14 | | Recurring Payment authorized on 11/13 Sxm*Siriusxm.Com/A 888-635-5144 NY S305317391079914 Card 5587 | | 26.85 | |
| 11/14 | | Purchase authorized on 11/13 Sq *Emporium Expre Scottsbluff NE S345317553457007 Card 5587 | | 6.83 | |
| 11/14 | | Recurring Payment authorized on 11/13 Hulu 877-8244858 CA S465317600623091 Card 5587 | | 20.41 | |
| 11/14 | | Purchase authorized on 11/13 Plattevalleydental Scottsbluff NE S585317722113292 Card 5587 | | 160.00 | |
| 11/14 | | Purchase authorized on 11/13 Amazon Prime*B84Kw 888-802-3080 WA S585318121027912 Card 5587 | | 11.81 | |
| 11/14 | | Purchase with Cash Back $ 20.00 authorized on 11/14 WM Supercenter #867 Scottsbluff NE P000000555038701 Card 5587 | | 141.47 | 1,965.95 |
| 11/17 | | Deposit | 5,400.00 | | |
| 11/17 | | Purchase authorized on 11/13 Wonderful House Scottsbluff NE S465318090433651 Card 5587 | | 30.59 | |
| 11/17 | | Purchase authorized on 11/14 Med*Regional West 308-635-3711 NE S385318398405600 Card 5587 | | 100.00 | |
| 11/17 | | Purchase authorized on 11/14 McDonald's F17486 Gering NE S305318584209807 Card 5587 | | 9.01 | |

November 30, 2025 ■ Page 4 of 8



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/Additions | Withdrawals/Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/17 | | Recurring Payment authorized on 11/14 Afterpay 044-4123456 CA S385318644293486 Card 5587 | | 163.00 | |
| 11/17 | | Purchase authorized on 11/14 McDonald's F17486 Gering NE S465318786572170 Card 5587 | | 9.23 | |
| 11/17 | | Purchase authorized on 11/14 Murdochs Scottsblu Scottsbluff NE S355318832969169 Card 5587 | | 30.00 | |
| 11/17 | | Purchase authorized on 11/14 DD *Doordashdashpa Doordash.Com CA S305319026080460 Card 5587 | | 9.99 | |
| 11/17 | | Purchase authorized on 11/15 Perkins Restaurant Scottsbluff NE S355319653541179 Card 5587 | | 49.57 | |
| 11/17 | 1691 | Check | | 768.82 | 6,195.74 |
| 11/18 | | Purchase authorized on 11/18 Tj Maxx 1665 Scottsbluff NE P000000356558073 Card 5587 | | 78.00 | |
| 11/18 | | Purchase authorized on 11/18 Shell Service Station Gering NE P305323045092738 Card 5587 | | 48.56 | |
| 11/18 | | †Merchant Issued Payment Card - Target Debit Crd ACH Tran 251117 000008311634471 Nf2375 Target 0831 Scottsbluff NE | | 12.20 | 6,056.98 |
| 11/19 | | Recurring Payment authorized on 11/18 Afterpay 044-4123456 CA S305322375655940 Card 5587 | | 42.21 | |
| 11/19 | | Recurring Payment authorized on 11/18 Afterpay 044-4123456 CA S345322389275975 Card 5587 | | 32.25 | |
| 11/19 | | Purchase authorized on 11/18 WWW.Catholicshop.C 800-565-9176 FL S345322649805930 Card 5587 | | 238.00 | |
| 11/19 | | Purchase authorized on 11/19 Scottsbluff Main 401 S Be Scottsbluff NE P355323732615631 Card 5587 | | 99.82 | 5,644.70 |
| 11/20 | | Purchase authorized on 11/20 Hobbylobby Scottsbluff NE P000000054781360 Card 5587 | | 48.26 | 5,596.44 |
| 11/21 | | Regional West Ph Payroll 251121 482566022578at9 Gonzales-Longo,Alici | 4,837.64 | | |
| 11/21 | | Purchase authorized on 11/20 Sq *Emporium Expre Scottsbluff NE S355324548844431 Card 5587 | | 8.33 | 10,425.75 |
| 11/24 | | Purchase authorized on 11/21 Altard State/Vowd 800-453-0660 TN S585326068529886 Card 5587 | | 53.27 | |
| 11/24 | | Purchase authorized on 11/22 The Home Depot #3210 Scottsbluff NE P355326724721380 Card 5587 | | 183.81 | |
| 11/24 | | Purchase authorized on 11/22 Tj Maxx 1665 Scottsbluff NE P000000457925035 Card 5587 | | 44.65 | |
| 11/24 | | Recurring Payment authorized on 11/22 Afterpay 185-52896014 CA S385327195441883 Card 5587 | | 52.34 | |
| 11/24 | | Recurring Payment authorized on 11/23 Afterpay 044-4123456 CA S465327437598946 Card 5587 | | 41.42 | |
| 11/24 | | Purchase authorized on 11/24 Flying J #759 Cheyenne WY P000000450020780 Card 5587 | | 23.00 | |
| 11/24 | | Purchase authorized on 11/24 Costco Whse #1178 Timnath CO P465329025044081 Card 5587 | | 242.12 | 9,785.14 |
| 11/25 | | Purchase authorized on 11/22 Nordstrom Direct # 800-285-5800 IA S385327204893913 Card 5587 | | 89.55 | 9,695.59 |
| 11/26 | | Purchase authorized on 11/24 Paris Banh Mi - Lo Loveland CO S355328736445881 Card 5587 | | 43.41 | |
| 11/26 | | Recurring Payment authorized on 11/25 Afterpay 185-52896014 CA S585329400496951 Card 5587 | | 43.46 | |
| 11/26 | | Recurring Payment authorized on 11/25 Afterpay 185-52896014 CA S385329641368566 Card 5587 | | 52.41 | |
| 11/26 | | Purchase authorized on 11/26 WM Supercenter #867 Scottsbluff NE P000000957264713 Card 5587 | | 46.99 | |
| 11/26 | | Target Debit Crd ACH Tran 251125 912003060335520 B47B5T0x68Nf2375 1125025070Target.Com | | 15.24 | |
| 11/26 | | American Family Life Prem 251124 000000030969Fgp Alicia Longoria | | 34.68 | |
| 11/26 | | †Merchant Issued Payment Card - Target Debit Crd ACH Tran 251125 000011780752237 Nf2375 Target 1178 Loveland CO | | 138.12 | 9,321.28 |




014416

November 30, 2025 ■ Page 5 of 8

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/28 | | Purchase authorized on 11/26 Arbys 1542 Scottsbluff NE S355330735037074 Card 5587 | | 17.10 | |
| 11/28 | | Purchase authorized on 11/28 The Home Depot #3210 Scottsbluff NE P465332583448393 Card 5587 | | 32.06 | |
| 11/28 | | Purchase authorized on 11/28 WM Supercenter #867 Scottsbluff NE P000000785946582 Card 5587 | | 76.25 | |
| 11/28 | | Purchase Return authorized on 11/28 Hobbylobby Scottsbluff NE P000000955340679 Card 5587 | 9.81 | | |
| 11/28 | | Target Debit Crd ACH Tran 251126 912003060335521 B47B5T0x68Nf2375 1126025067Target Plus | | 173.60 | |
| 11/28 | 1693 | Check | | 434.29 | 8,597.79 |
| **Totals** | | | **$15,607.80** | **$14,591.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

† **Merchant-Issued Payment Card:** This transaction is related to a purchase(s) made using a merchant-issued payment card. The date the merchant submitted the transaction to Wells Fargo may not be the date the transaction was conducted.

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1688 | 11/7 | 2,600.00 | 1690 | 11/13 | 1,715.00 | 1693 * | 11/28 | 434.29 |
| 1689 | 11/4 | 1,926.40 | 1691 | 11/17 | 768.82 | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $1,500.00 | $1,965.95 ✓ |
| • Total amount of qualifying electronic deposits | $500.00 | $8,797.99 ✓ |
| • Age of primary account owner | 17 - 24 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

## ✓ IMPORTANT ACCOUNT INFORMATION

We previously communicated that as of November 10, 2025, we're adjusting the schedule for posting the monthly service fee to your account. If a monthly service fee applies, it will be calculated on the last day of the fee period and posted on the first business day of the next fee period.

November 30, 2025 ■ Page 6 of 8



The update has been delayed. We will begin updating accounts in January 2026.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**


014418